IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| MARKUS LAMONTE WILLOUGHBY, ) <br> ) <br> Petitioner, ) <br> ) <br> VS. ) <br> ) <br> RICKY BELL, ) <br> ) <br> Respondent. ) | No. 1-04-1090-T-An |

---

ORDER DENYING PETITIONER'S MOTION FOR AN EXTENSION OF TIME

---

Petitioner Markus Lamonte Willoughby, Tennessee Department of Correction ("TDOC") prisoner number 275480, who is currently an inmate at the West Tennessee State Penitentiary in Henning, Tennessee, submitted a petition pursuant to 28 U.S.C. § 2254.[1] Petitioner was convicted of first degree felony-murder, aggravated burglary, conspiracy to commit aggravated burglary, and theft of property over $500.00. He is currently serving sentences of life imprisonment for the felony-murder conviction, twelve years for aggravated burglary, four years for conspiracy, and two years for theft.

On March 22, 2005, this court ordered Respondent to submit, within 30 (thirty) days, a supplemental memorandum on issues related to Petitioner's unexhausted claims. Petitioner was given 30 (thirty) days, or until May 22, 2005, to respond to Respondent's supplemental

---

[1] The petition was submitted to the United States District Court for the Middle District of Tennessee on March 8, 2004. On April 29, 2004, it was transferred to the Western District.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 5/2/05

28

memorandum. Accordingly, Petitioner's motion for an extension of time is DENIED.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_28 April 2005_____
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 1:04-CV-01090 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

Markus Lamonte Willoughby
WTSP-Henning
275480
P.O. Box 1150
Henning, TN 38041

Richard H. Dunavant
ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202--020

Honorable James Todd
US DISTRICT COURT